UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION,

      Plaintiff,                             No. 13-12801

v.                                    District Judge Julian Abele Cook
                                       Magistrate Judge R. Steven Whalen

DETROIT COMMUNITY HEALTH
CONNECTION,

      Defendant.
_____/

**ORDER**

      For the reasons stated on the record on October 1, 2013, Plaintiff's Motion to Strike Defendant's Affirmative Defenses [Doc. #6] is DENIED.

      IT IS SO ORDERED.


Dated: October 1, 2013                s/ R. Steven Whalen
                                                  R. STEVEN WHALEN
                                                  UNITED STATES MAGISTRATE JUDGE


I hereby certify that a copy of the foregoing document was sent to parties of record on October 1, 2013, electronically and/or by U.S. mail.

                                                  s/Michael Williams
                                                  Case Manager for the
                                                  Honorable R. Steven Whalen