UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION,

        Plaintiff,

                                    Civil Case No. 13-12801
v.                                      Honorable Linda V. Parker

DETROIT COMMUNITY
HEALTH CONNECTION,

        Defendant.
_____/

## JUDGMENT

On June 26, 2013, Plaintiff initiated this lawsuit against Defendant, claiming that Defendant failed to accommodate Gloria Bowens' alleged disability and terminated her because of her alleged disability in violation of Title I of the Americans with Disabilities Act of 1990, as amended ("ADA"), and Title I of the Civil Rights Act of 1991. Defendant subsequently filed a motion for summary judgment, which this Court granted on this date.

Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED**, that Plaintiff's Complaint is **DISMISSED WITH PREJUDICE**.

                                                              S/ Linda V. Parker
                                                              LINDA V. PARKER
                                                              U.S. DISTRICT JUDGE

Dated: November 26, 2014

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, November 26, 2014, by electronic and/or U.S. First Class mail.

S/ Richard Loury
Case Manager
