# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

|  | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: September 03, 2015

Mr. Andrew J. Bean
Law Offices
12001 Levan Road
Livonia, MI 48150

Ms. Anne Warren King
EEOC
Office of General Counsel
131 M Street N.E.
Fifth Floor
Washington, DC 20507

Re: Case No. 15-1108, *EEOC v. Detroit Community Health Conne*
Originating Case No. : 4:13-cv-12801

Dear Sir or Madam,

The Court issued the enclosed (Order/Opinion) today in this case.

Sincerely yours,

s/Connie A. Weiskittel
Mediation Administrator

cc: Mr. David J. Weaver

Enclosure

No mandate to issue

Case No. 15-1108

## UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

### ORDER

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

       Plaintiff - Appellant

v.

DETROIT COMMUNITY HEALTH CONNECTION

       Defendant - Appellee

   In accordance with Rule 33, Rules of the Sixth Circuit, and upon consideration of the parties' stipulation to dismiss,

   It is **ORDERED** that the case is dismissed pursuant to 42(b), Federal Rules of Appellate Procedure.

                            **ENTERED PURSUANT TO RULE 33,**
                            **RULES OF THE SIXTH CIRCUIT**
                            Deborah S. Hunt, Clerk

Issued: September 03, 2015